UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:26-CR-00182(1)-CRW |
| | § | |
| (1) Gumercindo Martinez-Soto | § | |

**ORDER ACCEPTING GUILTY PLEA**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 6, 2026, wherein the defendant (1) Gumercindo Martinez-Soto waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Gumercindo Martinez-Soto to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Gumercindo Martinez-Soto's plea of guilty to Count One (1) is accepted.

Signed this 20th day of October, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE